IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:09CV248-01-MU

| | |
|---|---|
| ALBERT C. BURGESS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** comes before the Court upon Petitioner's Motion to Reconsider, filed July 22, 2009.

On July 15, 2009, this Court dismissed Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Petitioner now asks this Court to reconsider its earlier ruling. Plaintiff's motion provides no basis, nor can this Court discern any reason, for vacating its earlier Order dismissing Petitioner's § 2241 petition.

**THEREFORE, IT IS HEREBY ORDERED** that Petitioner's Motion to Reconsider is **DENIED**.

Signed: August 3, 2009

Graham C. Mullen
United States District Judge